IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00390-DME-BNB

WESTERN FORGE CORPORATION, a Delaware corporation,

    Plaintiff,

v.

DAVID BAKER, INC., a Texas corporation,

    Defendant.

## ORDER

After consideration of the case herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's Office for reassignment to another judge.

DATED at Denver, Colorado, this  16th  day of April, 2007.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge